UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20289-CIV-HUCK/WHITE

JOSEPH REVAN,

    Petitioner,

vs.

MICHAEL MUKASEY, et al.,

    Respondents.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Petitioner's Petition for Habeas Corpus, filed February 4, 2008 [D.E. #1]. The Honorable Patrick A. White, United States Magistrate Judge, issued a Report on the petition [D.E. #20], filed on August 1, 2008, recommending that the petition be denied.

Defendant Revan has not objected to the Report so he is not challenging the factual findings contained in it. The Court has independently reviewed the Report, and the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions as in the report. Accordingly, it is hereby

ORDERED AND ADJUDGED that Petitioner's Motion is DENIED, the Report is ADOPTED, and the clerk shall CLOSE the case.

DONE AND ORDERED in chambers, Miami, Florida, August 26, 2008.

                                          PAUL C. HUCK
                                          United States District Judge

**Copies Furnished To:**
Magistrate Judge Patrick A. White
All Counsel of Record